[No. 32313-3-II.   Division Two.   December 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS ALEJANDRO VARGAS-BUENROSTRO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-01201-5, John P. Wulle, J., entered September 20, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[Nos. 23318-9-III; 23339-1-III.   Division Three.   December 20, 2005.]

THE CITY OF WENATCHEE, *Respondent*, v. WENATCHEE POLICE GUILD ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Chelan County, Nos. 01-2-01054-3 and 02-2-00227-1, John E. Bridges, J., entered August 2, 2004. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Schultheis and Brown, JJ.

[No. 23359-6-III.   Division Three.   December 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER T. DAVEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-8-00255-5, Ellen K. Clark, J., entered August 24, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 23474-6-III.   Division Three.   December 20, 2005.]

MARY E. JUDY, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Defendant*, THE UNITED STATES DEPARTMENT OF ENERGY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-2-01358-6, Robert G. Swisher, J., entered September 15, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Thompson, J. Pro Tem.